**Exhibit A to the Complaint**

**Location:** Danbury, CT  **IP Address:** 32.208.241.32
**Total Works Infringed:** 24  **ISP:** Frontier Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6AF47B474A36FC4C01A98EFF84B2658DCBE70B43 | Tushy | 11/12/2018 16:05:33 | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 2 | 0115A6F7BE74DBA55754F7DB965EF362053BA361 | Blacked Raw | 04/25/2018 20:59:04 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 3 | 1AEF9CF697FFABCFA90CE216C4BD5250E2E98023 | Blacked Raw | 04/09/2018 14:56:26 | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 4 | 2A5DD23DAB388B1F6BCEC9890840B719A3A7959B | Tushy | 09/15/2018 15:31:55 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 5 | 2B4BBFA07BAFE8F50C4D8D94343FFA603A2A0631 | Blacked Raw | 09/01/2018 18:50:14 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 6 | 3FB60EDA67331F6105F2DF4966A119D6DDA21078 | Blacked Raw | 04/03/2018 23:34:03 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 7 | 493CC280F906E53C779855D1B9F0C2FCC0A30570 | Blacked | 09/29/2018 16:38:22 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 8 | 54E6B036352790B0294E9E258D6C90E41A216596 | Blacked | 06/26/2018 23:23:54 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 9 | 631FC1DE4DA9F81412466119508D5806E2AD38BE | Blacked Raw | 06/03/2018 02:42:52 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 10 | 7F22C35E385E22E33CC792948A1C485FBC15B143 | Blacked Raw | 05/05/2018 13:22:33 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 11 | 87B60D12F1B3B0A2B6D1A581865517EE6EE9A1BC | Blacked | 08/20/2018 18:26:40 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 12 | 8F06F2F6B9533779DD3A36713ADFA46413BEC156 | Blacked | 11/17/2018 18:55:53 | 10/27/2018 | 12/09/2018 | 17210230762 |
| 13 | 9093A95B72BE2FB650EBA82F46360B5A4D90ABEB | Blacked | 09/29/2018 16:06:07 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 14 | B1C79C351859EB74A005015AC2B351FEB49AD113 | Blacked Raw | 04/25/2018 19:52:24 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 15 | C0796CCA0D0F34D7363AC8B99E9314385E786262 | Blacked | 07/03/2018 23:36:35 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 16 | C198EA5A190F7A29B52B2ED7FBD30AD679CFDD4D | Blacked Raw | 08/20/2018 19:05:48 | 08/05/2018 | 09/01/2018 | PA0002119682 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C292EE73436F8751B8EB80362F5BBD66383D9403 | Blacked | 09/23/2018 15:34:18 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 18 | CBD012A4BE8D1B571A2EDC09273EDF54165A2AB9 | Blacked Raw | 05/21/2018 21:22:41 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 19 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 11/12/2018 15:48:15 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 20 | DAFC93B6C471FBB4324C5ABE4B7B23E9F440B87A | Blacked Raw | 06/22/2018 22:23:51 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 21 | E3D74D928525DE5096328F063BF612801E002BDE | Blacked | 09/15/2018 15:16:16 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 22 | F2329900598C7BCE2A54242E28E6EBD99008756E | Blacked Raw | 05/03/2018 22:01:43 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 23 | FAEA8398C835E15B0A64F8D8AAC68B284D70300A | Blacked | 08/20/2018 18:26:52 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 24 | FF5C5EF547F4464B995B70C2CD7EE97D4C3B15D1 | Blacked | 04/25/2018 19:50:38 | 03/31/2018 | 04/12/2018 | PA0002091516 |